votes to reduce assessments on the land for the year 1933 to $160,000, and for the year 1934 to $135,000.

KATE F. CUTNER, Appellant, v. AMALGAMATED BANK OF NEW YORK et al., Respondents.— Order unanimously modified by granting the motion to strike out the second and third distinct and separate affirmative defenses of defendants' answers, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

ESTONIAN STATE CARGO AND PASSENGER STEAMSHIP LINE, as Successor in Interest of Tallinn Shipping Company (TALLINNA LAEVAEHISUS), of ARTUR HUUS and of KASMU LAEVA OMANIKUD, Respondent, v. J. H. WINCHESTER & Co., INC., Appellant.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant the motion to dismiss.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HART, Appellant.— Judgment unanimously modified in the exercise of discretion by reducing the sentence to the time already served and by remitting the fine, and as so modified affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

JOHN T. KANE et al., Copartners Doing Business under the Name of KANE ENGINEERING Co., Respondents, v. ALBERT HINZMANN et al., Copartners Doing Business under the Name of HINZMANN & WALDMANN, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

WILLIAM H. MANN, Respondent, v. JACK DAVIS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS EDELSON, Appellant.— Judgment reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY REESE, Appellant.— Judgment reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to affirm.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Widening of East River Drive and to Real Property Required for the Public Park Located at the Southwest Corner of East River Drive and East 121st Street in the Borough of Manhattan. FRUMIT REALTY CORP., Appellant.— Order so far as appealed from unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

APEX HOLDING CORP., Appellant, v. MORTGAGE CORPORATION OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EILEEN MCDERMOTT, an Infant, by ANNA MCDERMOTT, Her Guardian ad Litem, et al., Respondents, v. ROBERT GOTTLIEB, Appellant, et al., Defendants.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present— Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.